UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
JOHN OLIVARRIA,
:
                          Plaintiff,
:
       - against -                    Index No. 08 CV 6242 (RJH)
:
BLOOMBERG L.P.,                    RULE 7.1 STATEMENT
:
                        Defendant.
:
----------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bloomberg L.P. ("Bloomberg") states that Bloomberg is a limited partnership organized under the laws of the State of Delaware, that Bloomberg Inc., which is not a publicly-held corporation, owns 80 percent of its limited partnership interests, and that Merrill Lynch L.P. Holdings Inc. owns 20 percent of its limited partnership interests.

Dated:  New York, New York
          July 9, 2008

                                          WILLKIE FARR & GALLAGHER LLP

                                          By: /s/ Martin B. Klotz
                                               Martin B. Klotz
                                               Thomas H. Golden

                                          787 Seventh Avenue
                                          New York, New York 10019
                                          (212) 728-8000
                                          mklotz@willkie.com
                                          tgolden@willkie.com

                                          Attorneys for Defendant Bloomberg L.P.