UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
JOHN OLIVARRIA,                                    :
                                                   :   Index: 08-CV-6242 (RJH)
                    Plaintiff,        :
                                                   :   AFFIDAVIT OF SERVICE
        - against -                               :
                                                   :
BLOOMBERG L.P.,                                    :
                                                   :
                    Defendant.        :
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     :   ss.:
COUNTY OF NEW YORK   )

      JEFFREY T. LUM, being duly sworn, deposes and says that he is not a party to the within action, is over the age of 18 years and resides in Queens, New York.

      On the 10th day of July 2008, deponent served true copies of the following papers within this action:

      [1] Notice of Removal

      [2] Notice of filing of Notice of Removal

      [3] Rule 7.1 Statement

      [4] Civil Cover Sheet

      [5] Individual Rules of Judge Richard Howell, and

      [6] Individual Rules of Magistrate Henry Pitman

upon Liddle & Robinson, Attorneys for Plaintiff, by personally leaving the same with Joe Ortiz, who identified himself to deponent as being an employee in charge who was designated to accept service for Liddle & Robinson, located at:

       800 Third Avenue
       8th Floor
       New York, New York, 10022

    Joe Ortiz can be described as a light complexioned male, approximately 30 years of age, standing approximately 5'8'', weighing 155 pounds, brown eyes and without hair.

Sworn to before me this
10th day of July, 2008

                       Jeffrey T. Lum
                       Lic.#: 0991877

_____
Notary Public

**WILLIAM G. MCKAY**
Notary Public, State of New York
No. 01MC4889823
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Feb. 16, 2010