

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JOHN OLIVARRIA,

               Plaintiff,

    - against -

BLOOMBERG L.P.,

              Defendant.

---------------------------------------------------------------x

Civil Action No. 08 Civ. 6242 (RJH)

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time for Defendant to answer, move or otherwise respond to the Complaint is hereby extended from July 17, 2008 to and including July 31, 2008. This is Defendant's first request for an extension.

Dated: New York, New York
       July 15, 2008

LIDDLE & ROBINSON, L.L.P.

_____
Andrea M. Paparella

800 Third Avenue
New York, New York 10022
(212) 687-8500
apaparella@liddlerobinson.com

Attorneys for Plaintiff John Olivarria

WILLKIE FARR & GALLAGHER LLP

_____
Thomas H. Golden

787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000
tgolden@willkie.com

Attorneys for Defendant Bloomberg L.P.

So ordered:

_____
U.S.D.J.
7/21/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08