UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                  :

JOHN  OLIVARRIA,                    :       08 Civ. 06242 (RJH)

                 Plaintiff,      :

          -against-          :       **ORDER**

BLOOMBERG, L. P.          :

                        :

             Defendant.    :
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 8/3/09
```

        The pretrial conference presently scheduled for September 01, 2009 is adjourned

to September 15, 2009, at 10:30 a.m.,  in the courtroom of  the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 03, 2009
SO  ORDERED:

                                      _____
                                        Richard  J. Holwell
                                   United States District Judge